**Order filed November 19, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-00603-CV
_____

**JUVENAL ALVARADO AND FELICIANO ALVARADO, Appellants**

**V.**

**ROBERT GROCE DILL, INDIVIDUALLY AND D/B/A ARROW TOWING, SAMUEL LEE THOMPSON, BROCK KEITH DION, SOON PHAT, L.P., INDIVIDUALLY AND D/B/A CHARLESTON COURT APARTMENTS, YIN SOON CHOI, DERSING, INC. AND MESHA BOYLES AKA MESHA KYOMI STEWART, Appellees**

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2007-13757**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Plaintiff's Exhibit No. 46.**

The clerk of the 334th District Court is directed to deliver to the Clerk of this court the original of Plaintiff's Exhibit No. 46, on or before **November 26, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Plaintiff's Exhibit No. 46, to the clerk of the 334th District Court.


PER CURIAM